# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Rodney Shoham,

     Plaintiff(s),

v.

Schindler Elevator Corporation, et al.,

     Defendant(s).

Case No. 2:26-cv-00027-RFB-NJK

**Order**

Pending before the Court is an order for Defendant Schindler Elevator to show cause why the case should not be remanded for lack of diversity jurisdiction. Docket No. 8. Defendant filed a response. Docket No. 14. Based on the showing made therein, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge