Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D. Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
sarakawa@efsmmlaw.com
bmarshall@efsmmlaw.com

*Attorneys for Defendant / Cross-Defendant*
*Schindler Elevator Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| RODNEY SHOHAM, | **Case No. 2:26-cv-00027-RFB-NJK** |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANT SCHINDLER ELEVATOR CORPORATION WITHOUT PREJUDICE** |
| v. | |
| SCHINDLER ELEVATOR CORPORATION, a foreign corporation; BROOKFIELD PROPERTIES RETAIL INC., a foreign corporation; FASHION SHOW MALL LLC, a foreign limited-liability company; DOE ESCALATOR MANUFACTURER; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY I-V; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE IV; DOE MANAGER I-V; ROE EMPLOYER I-V; DOE EQUIPMENT INSTALLER, I-V; ROE EQUIPMENT INSTALLATION COMPANY; DOE OWNER I-V; DOES I-XX and ROE CORPORATIONS XXI-XL, jointly and severally, | |
| Defendants. | |
| and related cross-claims. | |

Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Rodney Shoham and Defendant Schindler Elevator Corporation, through their undersigned counsel of record, that Defendant Schindler Elevator Corporation (and all escalator maintenance-related claims as pled in Plaintiff's operative complaint) be dismissed from the above matter without prejudice; and

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff and Defendant Schindler Elevator Corporation shall each bear their own attorneys' fees and costs incurred in this action.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ Brennen D Marshall
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant / Cross-Defendant*
*Schindler Elevator Corporation*

**BIGHORN LAW**

/s/ David Finegold
Joshua P. Berrett, Esq. (SBN 12697)
David Finegold, Esq. (SBN 15220)
3675 W. Cheyenne Avenue, Suite 100
Las Vegas, NV 89032

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 1, 2026.