ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
rmolina@pyattsilvestri.com
Attorneys for Defendants
FASHION SHOW MALL LLC and
BROOKFIELD PROPERTIES RETAIL, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY SHOHAM, individually,<br><br>Plaintiff,<br>vs.<br><br>SCHINDLER ELEVATOR CORPORATION, a foreign corporation; BROOKFIELD PROPERTIES RETAIL INC., a foreign corporation; FASHION SHOW MALL LLC, a foreign limited-liability company; DOE ESCLATOR MANUFACTURER; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY I-V; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE IV; DOE MANAGER I-V; ROE EMPLOYER I-V; DOE EQUIPMENT INSTALLER, I-V; ROE EQUIPMENT INSTALLATION COMPANY; DOE OWNER I-V; DOES I-XX and ROE CORPORATIONS XXI-XL, jointly and severally,<br><br>Defendants.<br>———<br>BROOKFIELD PROPERTIES RETAIL INC. and FASHION SHOW MALL LLC,<br><br>Cross-Claimants,<br><br>v.<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>Cross-Defendant, | CASE NO.: 2:26-cv-00027-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS FASHION SHOW MALL LLC AND BROOKFIELD PROPERTIES RETAIL, INC.'S CROSS-CLAIM AGAINST SCHINDLER ELEVATOR CORPORATION WITHOUT PREJUDICE** |

Pyatt Silvestri
7670 W. Lake Mead Blvd.,
Suite 250
Las Vegas, NV 89128
(702) 383-6000

**IT IS HEREBY STIPULATED AND AGREEED**, by and between Defendants/Cross-Claimants FASHION SHOW MALL LLC and BROOKFIELD PROPERTIES RETAIL, INC. (collectively, "Defendants/Cross-Claimants"), by and through their counsel, Robert P. Molina, Esq. of Pyatt Silvestri, and Defendant/Cross-Defendant SCHINDLER ELEVATOR CORPORATION, by and through its counsel, Jay J. Schuttert, Esq., Skylar Arakawa-Pamphilon, Esq., and Brennen D. Marshall, Esq. of Evans Fears Schuttert McNulty Mickus, that Defendants/Cross-Claimants' Cross-Claim against Defendant/Cross-Defendant SCHINDLER ELEVATOR CORPORATION shall be dismissed without prejudice.

DATED this 11th day of September, 2026.

PYATT SILVESTRI

/s/ Robert P. Molina, Esq.

ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Attorneys for Defendants
FASHION SHOW MALL LLC and
BROOKFIELD PROPERTIES
RETAIL, INC.

DATED this 11th day of September, 2026.

EVANS FEARS SCHUTTERT MCNULTY MICKUS

/s/ Brennen D. Marshall, Esq.

JAY J. SCHUTTERT, ESQ.
Nevada Bar No. 8656
SKYLAR ARAKAWA-PAMPHILON, ESQ.
Nevada Bar No. 15864
BRENNEN D. MARSHALL, ESQ.
Nevada Bar No. 16578
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Attorney for Defendant
SCHINDLER ELEVATOR CORPORATION

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: September 14, 2026

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to LR IC 5-1, I hereby attest and certify that on September 11th, 2026, I received concurrence from Brennen D. Marshall, Esq. to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 11th day of September, 2026

/s/ Robert P. Molina
Robert P, Molina, Esq.
Nevada Bar No. 6422

Pyatt Silvestri
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
(702) 383-6000