**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No. 12697
**DAVID FINEGOLD, ESQ.**
Nevada Bar No. 15220
**BIGHORN LAW**
3675 W. Cheyenne Ave. Ste. 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
David@BighornLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RODNEY SHOHAM, individually,

Plaintiff,

v.

BROOKFIELD PROPERTIES RETAIL INC., a foreign corporation; FASHION SHOW MALL LLC, a foreign limited-liability company; DOE ESCALATOR MANUFACTURER; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY I-V; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; DOE MANAGER I-V; ROE EMPLOYER I-V; DOE EQUIPMENT INSTALLER, I-V; ROE EQUIPMENT INSTALLATION COMPANY; DOE OWNER I-V; DOES I-XX and ROE CORPORATIONS XXI-XL, jointly and severally,

Defendants.

CASE NO 2:26-cv-00027-RFB-NJK

**STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES AND TRIAL PENDING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF and PENDING MOTION TO ENFORCE SETTLEMENT**

Pursuant to N.R.P.C. 1.16(d) and LR IA 11-6, counsel for Plaintiff, JOSHUA P. BERRETT, ESQ., and DAVID FINEGOLD, ESQ., of BIGHORN LAW; and DEFENDANTS BROOKFIELD PROPERTIES RETAIL INC., and FASHION SHOW MALL LLC, by and through counsel, ROBERT MOLINA, ESQ., of PYATT SILVESTRI, hereby stipulate and request that this Court stay the

proceedings of this case pending decision on Bighorn Law's *Motion to Withdraw as Counsel* filed on September 9, 2026, and on Defendants' *Motion to Enforce Settlement* filed on September 22, 2026.

The Parties stipulate that a stay would not unfairly prejudice either party and would protect the rights of the Plaintiff.

The Parties stipulate that the stay should be lifted at the discretion of the Court at some time following decisions on the pending *Motion to Withdraw as Counsel* and *Motion to Enforce Settlement*.

WHEREFORE, the parties respectfully request that this Court stay proceedings in this case pending resolution of the pending motions.

DATED this 9th day of November 2026.

**BIGHORN LAW**

By: *__/s/ David Finegold , Esq._____*
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No. 12697
**DAVID FINEGOLD, ESQ.**
Nevada Bar No. 15220
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiff*

DATED this 9th day of November 2026.

**PYATT SILVESTRI**

By: *__/s/ Robert P. Molina, Esq._________*
**ROBERT P. MOLINA, ESQ.**
Nevada Bar No. 6422
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
*Attorneys for Defendants Fashion Show Mall LLC and Brookfield Properties Retail, Inc.*

IT IS SO ORDERED.
Dated: November 10, 2026
.
.
____________________________________
Nancy J. Koppe
United States Magistrate Judge